In The
*Court of Appeals*
*Ninth District of Texas at Beaumont*
NO. 09-14-00192-CV
IN THE INTEREST OF L.P. AND J.S.

**On Appeal from the 317th District Court**
**Jefferson County, Texas**
**Trial Cause No. C-218,088**

## MEMORANDUM OPINION

On February 6, 2014, the trial court signed a judgment terminating the parental rights of A.M.S., C.W., and W.P. Notice of appeal was due to be filed on February 26, 2014. *See* Tex. R. App. P. 26.1(b). A.M.S. and W.P. filed notices of appeal on April 24, 2014, and C.W. filed a notice of appeal on April 28, 2014, more than twenty days from the date of the judgment and outside the time within which we may grant an extension of time to perfect appeal. *See* Tex. R. App. P. 26.3. On April 29, 2014, we notified the parties that the notices of appeal did not appear to have been timely filed. We received no response from the appellants.

This Court lacks jurisdiction over this appeal. Accordingly, we dismiss the appeal for lack of jurisdiction.

APPEAL DISMISSED.

_____
HOLLIS HORTON
Justice

Opinion Delivered June 12, 2014

Before McKeithen, C.J., Kreger and Horton, JJ.